IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VANTAGE POINT TECHNOLOGY, INC., § § § § | |
| *Plaintiff*, § | |
| v. § | CIVIL ACTION NO. 2:13-cv-00921 |
| § | MEMBER CASE |
| MICROSOFT CORPORATION, § § | |
| *Defendant*. § | |

## ORDER

Before the Court is Defendant Microsoft Corporation's Unopposed Motion to Transfer Venue (Dkt. No. 15), urging this Court to transfer the above-styled action to the Northern District of California. After consideration of the parties' written submissions concerning the transfer, the Court hereby GRANTS the Unopposed Motion to Transfer Venue.

Upon considering the applicable public and private factors when evaluating a transfer motion pursuant to 28 U.S.C. § 1404(a), the Court finds that the Northern District of California is clearly more convenient than the Eastern District of Texas.

Accordingly, this case is ORDERED transferred to the Northern District of California.

**So Ordered and Signed on this**

**Nov 4, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE